UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 07/18/2011
CRIMINAL DOCKET N0.: 10-782(JAP)-01

JUDGE JOEL A. PISANO
COURT REPORTER :   Joanne Caruso
COURTROOM DEPUTY:   Dana Sledge

TITLE OF CASE:
USA
vs.
AVROHOM Y. POLACK

APPEARANCES:
AUSA - Mark McCarren
Special agent - Sean McCarthy
Special agent - Debra Bassinder
Retained - Joshua R. Geller, Esq., for defendant
Retained - Susan R. Necheles, Esq., for defendant
USPO - David Haneke
USPO - Lisa Trimboli
Avrohom Polack, defendant present.

NATURE OF PROCEEDING:
Sentencing held.

SENTENCED to a one-count Information
IMPRISONMENT - n/a
SUPERVISED RELEASE: n/a
PROBATION: 3 years with standard conditions imposed.
FINE: $5,000.00
RESTITUTION: n/a
SPECIAL ASSESSMENT: $100.00 (due immediately).
Defendant informed of his right to appeal.

TIME COMMENCED 10:00 a.m. TIME ADJOURNED 12:00 p.m.

s/Dana Sledge, Courtroom Deputy